UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BENJAMIN K. NG,<br><br>                Petitioner,<br><br>  v.<br><br>JASON BENNETT,<br><br>                Respondent. | CASE NO. 2:24-CV-717-JHC-DWC<br><br>**ORDER** |

Before the Court is Petitioner's Motion for Relief from Judgment. Dkt. # 19. The motion appears to argue that the judgment, Dkt. # 15, is void because the Court did not conduct a de novo review of the Report and Recommendation, Dkt. # 6. But the Court did review de novo the Report and Recommendation. Dkt. # 14. Thus, the Court DENIES the motion.

**DATED** this 22nd day of August, 2024.

                                              JOHN H. CHUN
                                              United States District Judge

ORDER - 1