UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN K. NG,<br><br>          Petitioner,<br><br>     v.<br><br>JASON BENNETT,<br><br>          Respondent. | CASE NO. 2:24-cv-717-JHC-DWC<br><br>ORDER |

For the same reasons as set forth in the order at Dkt. ## 42 and 45, the Court STRIKES as procedurally improper the motion for relief from judgment at Dkt. # 47.  If Petitioner files another such motion, the Court may enter a Notice of Intent to Enter Bar Order Against Vexatious Litigant, which would include litigation restrictions.

DATED this 29th day of October, 2024.

JOHN H. CHUN
United States District Judge

ORDER - 1